UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| YESENIA BROTHERS, INDIVIDUALLY AND AS NEXT FRIEND OF KOURTNEE EVANS, A MINOR, <br><br> *Plaintiff*, <br><br> v. <br><br> FEDERATED MUTUAL INSURANCE COMPANY, <br><br> *Defendant*. | §§§§§§§§§§§§§§ | CIVIL ACTION NO. 5:18-cv-1071 |

# DEFENDANT FEDERATED MUTUAL INSURANCE COMPANY'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Federated Mutual Insurance Company ("Federated") files this Notice of Removal and respectfully shows:

## BACKGROUND

1. On August 30, 2018, Yesenia Brothers, Individually and as Next Friend of Kourtnee Evans, ("Plaintiff") filed a lawsuit against Federated, Cause No. 2018-CI-16588; *Yesenia Brothers, Individually and as Next Friend of Kourtnee Evans*, *a minor v. Federated Mutual Insurance Company*, pending in the 73rd Judicial District Court of Bexar County, Texas. On September 11, 2018, Federated received a copy of the petition, which was served with process via certified mail.

2. Federated timely filed this notice of removal within the 30-day period required by 28 U.S.C. § 1446(b).

## BASIS FOR REMOVAL

3. Removal is proper based on diversity of citizenship. 28 U.S.C. § 1332(a).

___

**DEFENDANT FEDERATED MUTUAL INSURANCE COMPANY'S NOTICE OF REMOVAL – Page 1**

4. Plaintiff is a citizen of Texas.

5. Federated is a Minnesota corporation with its principal place of business in Owatonna, Minnesota.

6. Plaintiff's Original Petition alleges damages between $200,000.00 and $1,000,000.00. (Pl.'s Pet. at 1). Although Federated disputes liability and damages, it is evident from Plaintiff's Original Petition that Plaintiff asserts claims for monetary relief that, if granted, would exceed $75,000.00. Therefore, based on Plaintiff's claims for damages, the amount in controversy requirement is satisfied. All requirements are met for removal under 28 U.S.C. §§ 1332 and 1441(b).

7. Pursuant to 28 U.S.C. § 1446(d), a copy of this notice of removal will be filed with the Clerk of the 73rd Judicial District Court of Bexar County, Texas and all parties.

8. All pleadings, process, orders, and other filings in the state court action are attached to this notice as required by 28 U.S.C. § 1446(a). Those filings consist of the following:

Exhibit A:   Plaintiff's Original Petition, Civil Case Information Sheet, and Citation; and

Exhibit B:   The docket sheet (no orders have been signed in the state court action).

## PRAYER

Defendant, Federated Mutual Insurance Company, respectfully prays the state court action be removed from the 73rd Judicial District Court of Bexar County, Texas to the United States District Court for the Western District of Texas, San Antonio Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

Respectfully submitted,

COZEN O'CONNOR, P.C.

*/s/ Kendall Kelly Hayden*
Kendall Kelly Hayden
State Bar No. 24046197
1717 Main Street, Suite 3100
Dallas, Texas 75201
Telephone  (214) 462-3000
Facsimile   (214) 462-3299
Email: khayden@cozen.com

OF COUNSEL:

COZEN O'CONNOR
1221 McKinney, Suite 2900
Houston, Texas 77010
Telephone:  (832) 214-3900
Telecopy:   (832) 214-3905

**ATTORNEYS FOR DEFENDANT FEDERATED MUTUAL INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of October, 2018, a true and correct copy of the forgoing instrument was served upon the following counsel of record via certified mail/return receipt requested and electronic mail:

James V. Mazuca
Law Office of Jeff Davis
10500 Heritage, Suite 102
San Antonio, Texas 78216
Telephone: (210) 444-4444
Facsimile: (210) 870-1451
Email: james@davislaw.com

*Attorneys for Plaintiff Yesenia Brothers, Individually and a/n/f of Kourtnee Evans, A Minor*

*/s/ Kendall Kelly Hayden*
Kendall Kelly Hayden

___